IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STERLING TATE[1], | § | |
| | § | |
| Respondent Below, | § | No. 395, 2020 |
| Appellant, | § | |
| | § | |
| | § | Court Below – Family Court |
| v. | § | of the State of Delaware |
| | § | |
| CAMILLE TATE, | § | |
| | § | File No. CN18-03247 |
| Petitioner Below, | § | Petition No. 20-10933 |
| Appellee. | § | |
| | § | |

Submitted: August 11, 2021
Decided: September 7, 2021

Before **SEITZ**, Chief Justice; **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## **ORDER**

After careful consideration of the briefs and record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons stated in the Family Court's October 20, 2020 final custody order. In reaching this conclusion, we have determined that the Family Court did not impose a condition on the Appellant's ability to file a petition for modification, but rather illustrated steps that the Appellant ought to—but need not—take before seeking visitation rights.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).